**Huston SPENCER, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**L–508.**

United States Court of Appeals
Sixth Circuit.

June 3, 1959.

James J. Eastland, Jr., Cincinnati, Ohio, for appellant.

Fred W. Kaess, U. S. Atty., Detroit, Mich., for appellee.

Before ALLEN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

Following trial by jury in the District Court, appellant was convicted for violation of Federal statutes relating to the possession and purchase of heroin. He claims that the Government's evidence produced at his trial did not prove possession. Motions to proceed in forma pauperis and to vacate the sentence were overruled by the District Judge on the ground that a motion to vacate judgment can not be used as a substitute for an appeal. The order of the District Court stated that the motions to proceed in forma pauperis and to vacate the sentence were without merit and frivolous.

Appellant has filed a motion in this Court to proceed in forma pauperis in the appeal from the order of the District Court. He has had the assistance of court-appointed counsel in the preparation of the brief in support of said motion.

The Court being of the opinion that the appeal is without merit and that it was not error on the part of the District Judge to overrule appellant's motion to proceed in forma pauperis, It Is Ordered that appellant's motion to proceed on appeal in forma pauperis be and is denied. Loum v. Underwood, 6 Cir., 262 F.2d 866; Hullom v. Burrows, 6 Cir., 266 F.2d 547.

**Elza J. WATSON, Appellant,**

v.

**Frank DEVLIN et al., Appellees.**

United States Court of Appeals
Sixth Circuit.

May 19, 1959.

Elza J. Watson in pro per.

Before MARTIN, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

Appellant's motion to proceed in forma pauperis in the District Court was denied by the District Judge on November 6, 1958, on the ground that his complaint was frivolous and wholly without merit. Watson v. Devlin, D.C.E.D.Mich., 167 F. Supp. 638. Accordingly, no answer was filed in the District Court and the case was not heard on its merits. Nor has it been dismissed.

On April 18, 1959, appellant filed notice of appeal from the order of November 6, 1958, and moved in the District Court for leave to appeal in forma pauperis. On November 21, 1958, the District Judge certified that the appeal was not taken in good faith and denied the motion. Section 1915(a), Title 28, U.S.Code.

There is real doubt that the order of November 6, 1958, is a final appealable decision within the provisions of Sec. 1291, Title 28, U.S.Code. Parr v. United States, 351 U.S. 513, 518, 76 S.Ct. 912, 100 L.Ed. 1377; Ford Motor Co. v. Busam Motor Sales, 6 Cir., 185 F.2d 531; Higgins v. Steele, 8 Cir., 195 F.2d 366, 368–369.

If appealable, we are of the opinion that it should be sustained for the reasons given in the opinion of the District Judge. Watson v. Devlin, supra, 167 F. Supp. 638; Loum v. Underwood, 6 Cir., 262 F.2d 866.

The order of the District Court is affirmed.